IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 08 29 ML |
| | ) | |
| v. | ) | Cr. No. |
| | ) | In Violation of 8 U.S.C. |
| ANDRES ABREU-SANCHEZ | ) | §§ 1326(a) and (b)(2) |
| a/k/a Joel Oppenheimer | ) | |

FILED
MAR 19 2008

## INDICTMENT

The Grand Jury charges that:

On or about March 10, 2008, the Defendant ANDRES ABREU-SANCHEZ, a/k/a Joel Oppenheimer, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;

in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

A TRUE BILL:
REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

MARY ROGERS
Assistant U.S. Attorney

3/19/08
DATE