# *UNITED STATES DISTRICT COURT*

***for the***

***District of Rhode Island***

***Case No. CR08-29ML***

***To: SIEA AT SUFFOLK***

YOU ARE HEREBY COMMANDED, to have the **body** of **ANDRES ABREU-SANCHEZ**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:00 o'clock a.m.**, on the **25th** day of **March, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that
I did bring before the court
the within named defendant,
on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: March 21, 2008.

David A. DiMarzio, Clerk

PRETRIAL INTERVIEW
AND ARRAIGNMENT

***by __/S/Jeannine Noel________________***
***Jeannine Noel - Deputy Clerk***