UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : Cr No. 08-029 ML

ANDRES ABREU-SANCHEZ :

MOTION TO CONTINUE

NOW comes the defendant, Andres Abreu-Sanchez, and moves to continue this case until the court's September of 2008 trial calendar. Defense counsel requests the continuance to allow for the investigation of the defendant's prior convictions, which potentially trigger sentencing guideline enhancements. The government has no objection to the proposed continuance.

Pursuant to 18 U.S.C. § 3161(h)(8)(A), the ends of justice served by the granting of this request outweigh the interests of the government and the defendant in a speedy trial.

ANDRES ABREU-SANCHEZ,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300\
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Mary Rogers, AUSA on the 21st day of May, 2008 by way of ECF case filing.

/s/ Edward C. Roy, Esquire