UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR 08-029 ML |
| | ) | |
| ANDRES ABREU-SANCHEZ | ) | |

MOTION TO CONTINUE EMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Now comes Andres Abreu-Sanchez, the Defendant in the above captioned matter, and moves this Honorable Court to continue the empanelment date and extend time for the filing of pretrial motions in this matter for a period of 30 days. Mr. Abreu submits the attached memorandum in support of this request.

Respectfully submitted
Andres Abreu-Sanchez
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Mary Rogers, Assistant United States Attorney, on September 10, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR 08-029 ML |
| | ) | |
| ANDRES ABREU-SANCHEZ | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE EMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Mr. Abreu-Sanchez has moved this Honorable Court to continue the empanelment date and extend the time for filing pretrial motions in this matter. The case is presently on the Court's October, 2008, trial calendar. This case presents significant sentencing issues which greatly impact any potential sentence of imprisonment. The time requested is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8). The government has no objection to this extension.

Respectfully submitted
Andres Abreu-Sanchez
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Mary Rogers, Assistant United States Attorney, on September 10, 2008.

/s/ Kevin J. Fitzgerald